VILLAGE OF ST. JOHNSBURY *v.* HARRY DOLGIN.

January Term, 1930.

Present:   POWERS, C. J., SLACK, MOULTON, and THOMPSON, JJ.

Opinion filed February 13, 1930.

*Shields & Conant* for the defendant.

*Searles, Graves & Waterman* for the plaintiff.

THOMPSON, J.   The same question is presented in this case as was presented in the case of *Village of St. Johnsbury* v. *Dolgin, ante* page 424, and the judgment there rendered is determinative of this case.   *Let the exceptions be dismissed.*

### ON MOTION FOR REHEARING.

The same question is presented in the motion for rehearing in this case as was presented in the motion for a rehearing in

the case of *Village of St. Johnsbury* v. *Dolgin, ante* page 424, and the judgment therein rendered is determinative of this case.

*Motion overruled. Let full entry be made.*